FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 DEC 31  AM 9: 43

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

JOSEPH R. SHAW,

           Plaintiff,

vs.                      Case No.   2:07-cv-446-FtM-34DNF

GEO GROUP, INC., TIMOTHY BUDZ, et al,

           Defendants.
_____

### ORDER OF DISMISSAL[1]

    This matter comes before the Court upon periodic review of the file. Plaintiff, who is proceeding *pro se* and currently confined at the Florida Civil Commitment Center ("FCCC"), initiated the above-styled action by filing a civil rights Complaint (Doc. #1, Complaint) pursuant to 42 U.S.C. § 1983 on July 16, 2007. Plaintiff did not accompany the filing of his action with the requisite $350.00 or a motion to proceed *in forma pauperis* by completing an Affidavit of Indigence.

    On November 14, 2007, the Court recognized that Plaintiff is not a prisoner for purposes of the Prison Litigation Reform Act, but nevertheless directed Plaintiff to either show cause why his action should not be dismissed for lack of prosecution, submit the requisite filing fee, or file a complete motion to proceed *in forma pauperis* on or before November 26, 2007. See Show Cause Order at Doc. #4. Based on a review of the docket history, the Show Cause Order was delivered

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

to Plaintiff, but as of the date on this Order Plaintiff has failed to respond to the Show Cause Order.

A case cannot be allowed to linger on the Court's docket indefinitely. Pursuant to United States District Court, Middle District of Florida, Local Rule 3.01(a), "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for lack of prosecution." Because Plaintiff has not responded to the Show Cause Order and has not either paid the filing fee or filed a motion to proceed *in forma pauperis*, the Court dismisses this action.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Complaint (Doc. #1) is **DISMISSED** without prejudice.

2. The Clerk of Court shall: (1) enter judgment dismissing the case without prejudice; (2) terminate any outstanding motions; and (3) close this case.

**DONE AND ORDERED** in Fort Myers, Florida, on this 31st day of December, 2007.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

```
SA: alj
Copies: All Parties of Record
```